BEEBE *v.* BANK OF NEW YORK, 1 J. R. 529.

Not reported in Court below.

### *Practice; Rival Equities.*

IN this case the Court of Errors, on appeal from an interlocutory order of the Court of Chancery, granting a new trial, held, that although the Supreme Court had ordered a *vacatur* to be entered of a satisfaction of a judgment which had been paid to the original plaintiff, after an assignment of it, of which the defendant was ignorant at the time of paying, yet that a *junior judgment creditor*, who had lent his money and entered up a subsequent judgment on bond and warrant of attorney, while the satisfaction of the first judgment remained of record, should have the preference, and that the money collected on an execution issued on the first judgment by the assignee, after the *vacatur* should be paid over to the executors of the second judgment creditor.

The Court of Errors also held, that on such an appeal from an interlocutory order, or decree, the Court of 'Errors will, if the merits of the case be fully presented to them, take them into consideration and make a final decree.

(This latter point had been previously decided by this court in the cases of *Le Guen* v. *Gouverneur* and *Kemble*, 1 J. C. 436; and *Bush* v. *Livingston*, 2 Caines C. E. 56.)

The laches of the assignee of the first judgment in not giving immediate notice to the judgment debtor of the assignment to him, furnished a sufficient equity for postponing

his lien to that of the junior judgment creditor, who had lent his money, while the satisfaction of the judgment by the original judgment creditor was of record, and still in force.